**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 24-6902**

———————————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

TYRELL SAUNDERS,

        Defendant - Appellant.

———————————

Appeal from the United States District Court for the Southern District of West Virginia, at Bluefield.  David A. Faber, Senior District Judge.  (1:15-cr-00242-1)

———————————

Submitted:  March 27, 2025                      Decided:  March 31, 2025

———————————

Before THACKER and BERNER, Circuit Judges, and KEENAN, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Tyrell Keoni Saunders, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrell Keoni Saunders appeals the district court's order denying him a sentence reduction pursuant to Amendment 821 to the Sentencing Guidelines. "We review a district court's decision [whether] to reduce a sentence under [18 U.S.C.] § 3582(c)(2) for abuse of discretion and its ruling as to the scope of its legal authority under § 3582(c)(2) de novo." *United States v. Mann*, 709 F.3d 301, 304 (4th Cir. 2013). Our review of the record reveals no error. The court correctly determined that Saunders was eligible for a reduction based on Amendment 821 to the Sentencing Guidelines and clearly understood its authority to reduce Saunders's sentence but declined to grant a reduction based on its review of the 18 U.S.C. § 3553(a) factors.

Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2